*MHN*

08cv4393
JUDGE LEFKOW
MAG. JUDGE COX

FILED
J.N
8-4-2008
AUG X 4 2008
MICHAEL W. DOBBINS
LITIGANTS CLERK U.S. DISTRICT COURT

# DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Deborah Malin
(Please print)

STREET ADDRESS: 22 Red Tail Drive

CITY/STATE/ZIP: Hawthorn Woods, IL 60047

PHONE NUMBER: (847) 540-0849

CASE NUMBER: 

Deborah A. Malin
Signature

8-04-08
Date