## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4393  Assigned/Issued By: J. N.

Judge Name: LEFKOW  Designated Magistrate Judge: COX

### FEE INFORMATION

Amount Due:  ☑ $350.00   ☐ $39.00   ☐ $5.00
             ☐ IFP       ☐ No Fee   ☐ Other _____
             ☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: 350   Receipt #: 4624006747

Date Payment Rec'd: 8-4-08   Fiscal Clerk: J. N.

### ISSUANCES

☑ Summons                              ☐ Alias Summons
☐ Third Party Summons                  ☐ Lis Pendens
☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   _____
☐ Citation to Discover Assets          *(Victim, Against and $ Amount)*
☐ Writ _____                      ☐ Other _____
   *(Type of Writ)*                        *(Type of issuance)*

1 Original and 1 copies on 8-4-08 as to HOSPIRA, INC.
                        *(Date)*